HAZEL COTE, as Ancillary Administratrix of the Estate of JOSEPH A. COTE, Deceased, Respondent, *v.* BOSTON AND MAINE RAILROAD, Appellant.

Submitted January 3, 1939; decided January 10, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 78.)

EDWARD TYMON, Appellant, *v.* TYROSE HOMES, INC., Respondent, Impleaded with Others.

Submitted January 3, 1939; decided January 10, 1939.

*John P. McGrath* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.